of Appeals for the Ninth Circuit denied. *Mr. Clarence W. Morris, pro se.* *Messrs. Alfred Sutro* and *Eugene M. Prince* for respondents.

No. 572. BISBEE LINSEED Co. *v.* PARAGON PAINT & VARNISH CORP. December 11, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Walbridge S. Taft* for petitioner. *Mr. John F. Hughes* for respondent.

No. 573. MISSOURI PACIFIC R. Co. *v.* ALCORN. December 11, 1933. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Messrs. Edward J. White* and *Thomas J. Cole* for petitioner. *Mr. E. H. Gamble* for respondent.

No. 577. PECK *v.* UNITED STATES. December 11, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Michael F. Gallagher* and *Samuel M. Rinaker* for petitioner. *Solicitor General Biggs* and *Messrs. Harry S. Ridgely* and *H. Brian Holland* for the United States.

No. 583. HOEFER *v.* ATLANTIC LIFE INS. Co. December 11, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Thomas Henry Moffatt* for petitioner. No appearance for respondent.

No. 592. ATCHISON & EASTERN BRIDGE Co. *v.* CLARK. December 11, 1933. Petition for writ of certiorari to the